| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CO | FILE | DEPT. | CLOCK | VCHR. NO. | 073 | | |
| QRC | 121494 | 046325 | H45 | 0000340408 | 2 | | |

# Earnings Statement 

QDOBA RESTAURANT CORPORATION  
4865 WARD RD. #500  
WHEATRIDGE, CO 80033-1902  
(303) 629-5000

Period Ending: 08/16/2009  
Pay Date: 08/21/2009

Taxable Marital Status: Single  
Exemptions/Allowances:  
  Federal: 1  
  NY: 2

HILARY STREET  
68 BLACKSMITH ROAD  
LEVITTOWN NY 11756

Social Security Number: XXX-XX-XXXX

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Bonus | | | 300.00 | 7,470.00 |
| Training Bonus | | | 150.00 | 1,155.00 |
| Regular | | | | 42,687.25 |
| Overtime | | | | 1,819.85 |
| Double Time | | | | 120.17 |
| Ot Incentive | | | | 5.63 |
| Referral Bonus | | | | 1,666.67 |
| Vacation | | | | 1,346.16 |
| **Gross Pay** | | | **$450.00** | 56,270.73 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | | 17.66 |
| Pto Balance | | 22.50 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -112.50 | 9,810.95 |
| | Social Security Tax | -27.90 | 3,349.53 |
| | Medicare Tax | -6.53 | 783.36 |
| | NY State Income Tax | -49.64 | 3,178.18 |
| | NY SUI/SDI Tax | | 20.40 |
| | **Other** | | |
| | Dep. Checking | -253.43 | |
| | Dental Emp Only | | 33.28 |
| | Flex Medical | | 1,600.00 |
| | Pos Emp Only | | 494.00 |
| | Pos N Well Emp | | 136.50 |
| **Net Pay** | | **$0.00** | |

Your federal taxable wages this period are $450.00

© 2000 ADP, Inc



QDOBA RESTAURANT CORPORATION  
4865 WARD RD. #500  
WHEATRIDGE , CO 80033-1902  
(303) 629-5000

Advice number: 00000340408  
Pay date: 08/21/2009

Deposited to the account of  
HILARY STREET

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6530 | xxxx xxxx | $253.43 |

# NON-NEGOTIABLE

| CO | FILE | DEPT | CLOCK | VCHR NO. | 073 |
|---|---|---|---|---|---|
| QRC | 121494 | 046325 | H48 | 00000340407 | 1 |

# Earnings Statement



QDOBA RESTAURANT CORPORATION
4865 WARD RD. #500
WHEATRIDGE, CO 80033-1902
(303) 629-5000

Period Ending: 08/16/2009
Pay Date: 08/21/2009

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  NY: 2

HILARY STREET
68 BLACKSMITH ROAD
LEVITTOWN NY 11756

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 29.9146 | 90.00 | 2,692.31 | 42,687.25 |
| Overtime | | | | 1,819.85 |
| Bonus | | | | 7,170.00 |
| Double Time | | | | 120.17 |
| Ot Incentive | | | | 5.63 |
| Referral Bonus | | | | 1,666.67 |
| Training Bonus | | | | 1,005.00 |
| Vacation | | | | 1,346.16 |
| **Gross Pay** | | | **$2,692.31** | 55,820.73 |

Your federal taxable wages this period are
$2,544.73

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 0.92 | 17.66 |
| Pto Balance | | 22.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -414.25 | 9,698.45 |
| | Social Security Tax | -157.83 | 3,321.63 |
| | Medicare Tax | -36.91 | 776.83 |
| | NY State Income Tax | -135.40 | 3,128.54 |
| | NY SUI/SDI Tax | -1.20 | 20.40 |
| | **Other** | | |
| | Dental Emp Only | -2.08* | 33.28 |
| | Dep. Checking | -1,790.83 | |
| | Flex Medical | -100.00* | 1,600.00 |
| | Pos N Well Emp | -45.50* | 136.50 |
| | Suppl Life Ee | -8.31 | |
| | Pos Emp Only | | 494.00 |
| **Net Pay** | | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

QDOBA RESTAURANT CORPORATION
4865 WARD RD. #500
WHEATRIDGE , CO 80033-1902
(303) 629-5000

Advice number: 00000340407
Pay date: 08/21/2009

Deposited to the account of
HILARY STREET

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6530 | xxxx xxxx | $1,790.83 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| QRC | 121494 | 046325 | H45 | 0000360228 | 1 |

# Earnings Statement



QDOBA RESTAURANT CORPORATION
4865 WARD RD. #500
WHEATRIDGE, CO 80033-1902
(303) 629-5000

Period Ending: 08/30/2009
Pay Date: 09/04/2009

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  NY: 2

HILARY STREET
68 BLACKSMITH ROAD
LEVITTOWN NY 11756

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 29.9146 | 90.00 | 2,692.31 | 45,379.56 |
| Overtime | | | | 1,819.85 |
| Bonus | | | | 7,470.00 |
| Double Time | | | | 120.17 |
| Ot Incentive | | | | 5.63 |
| Referral Bonus | | | | 1,666.67 |
| Training Bonus | | | | 1,155.00 |
| Vacation | | | | 1,346.16 |
| **Gross Pay** | | | **$2,692.31** | 58,963.04 |

Your federal taxable wages this period are
$2,544.73

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 0.92 | 18.58 |
| Pto Balance | | 27.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -414.26 | 10,225.21 |
| | Social Security Tax | -157.83 | 3,507.36 |
| | Medicare Tax | -36.91 | 820.27 |
| | NY State Income Tax | -135.40 | 3,313.58 |
| | NY SUI/SDI Tax | -1.20 | 21.60 |
| | **Other** | | |
| | Dental Emp Only | -2.08* | 35.36 |
| | Dep. Checking | -1,790.82 | |
| | Flex Medical | -100.00* | 1,700.00 |
| | Pos N Well Emp | -45.50* | 182.00 |
| | Suppl Life Ee | -8.31 | |
| | Pos Emp Only | | 494.00 |
| **Net Pay** | | | **$0.00** |

* Excluded from federal taxable wages

© 2000 ADP, Inc



QDOBA RESTAURANT CORPORATION
4865 WARD RD. #500
WHEATRIDGE, CO 80033-1902
(303) 629-5000

Advice number: 00000360228
Pay date: 09/04/2009

Deposited to the account of
HILARY STREET

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6530 | xxxx xxxx | $1,790.82 |

# NON-NEGOTIABLE

```
CO    FILE    DEPT.   CLOCK   VCHR. NO.   073
QRC   121494  057825  H45     00000380513   2
```

# Earnings Statement

**ADP**

QDOBA RESTAURANT CORPORATION
4865 WARD RD. #500
WHEATRIDGE, CO 80033-1902
(303) 629-5000

Period Ending:  09/13/2009
Pay Date:       09/18/2009

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:  1
   NY:       2

HILARY STREET
68 BLACKSMITH ROAD
LEVITTOWN NY 11756

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Bonus | | | | 326.00 | 7,796.00 |
| Regular | | | | 47,802.64 |
| Overtime | | | | 1,819.85 |
| Double Time | | | | 120.17 |
| Ot Incentive | | | | 5.63 |
| Referral Bonus | | | | 1,666.67 |
| Training Bonus | | | | 1,155.00 |
| Vacation | | | | 1,615.39 |
| **Gross Pay** | | | **$326.00** | 61,981.35 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | | 19.50 |
| Pto Balance | | 22.50 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -81.50 | 10,720.96 |
| Social Security Tax | -20.21 | 3,685.40 |
| Medicare Tax | -4.73 | 861.91 |
| NY State Income Tax | -35.96 | 3,484.94 |
| NY SUI/SDI Tax | | 22.80 |
| **Other** | | |
| Dep. Checking | -183.60 | |
| Dental Emp Only | | 37.44 |
| Flex Medical | | 1,800.00 |
| Pos Emp Only | | 494.00 |
| Pos N Well Emp | | 227.50 |
| **Net Pay** | **$0.00** | |

Your federal taxable wages this period are $326.00

© 2000 ADP, Inc

---

QDOBA RESTAURANT CORPORATION
4865 WARD RD. #500
WHEATRIDGE, CO 80033-1902
(303) 629-5000

Advice number:  00000380513
Pay date:       09/18/2009

Deposited to the account of
HILARY STREET

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6530 | xxxx xxxx | $183.60 |



# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
| QRC | 121494 | 057825 | H45 | 0000380512 | 1 |

## Earnings Statement 

QDOBA RESTAURANT CORPORATION  
4865 WARD RD. #500  
WHEATRIDGE, CO 80033-1902  
(303) 629-5000

Period Ending: 09/13/2009  
Pay Date: 09/18/2009

Taxable Marital Status: Single  
Exemptions/Allowances:  
  Federal: 1  
  NY: 2

**HILARY STREET**  
**68 BLACKSMITH ROAD**  
**LEVITTOWN NY 11756**

Social Security Number: XXX-XX-XXXX

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 29.9146 | 81.00 | 2,423.08 | 47,802.64 |
| Vacation | 29.9146 | 9.00 | 269.23 | 1,615.39 |
| Overtime | | | | 1,819.85 |
| Bonus | | | | 7,470.00 |
| Double Time | | | | 120.17 |
| Ot Incentive | | | | 5.63 |
| Referral Bonus | | | | 1,666.67 |
| Training Bonus | | | | 1,155.00 |
| **Gross Pay** | | | **$2,692.31** | 61,655.35 |

Your federal taxable wages this period are $2,544.73

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 0.92 | 19.50 |
| Pto Balance | | 22.50 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -414.25 | 10,639.46 |
| | Social Security Tax | -157.83 | 3,665.19 |
| | Medicare Tax | -36.91 | 857.18 |
| | NY State Income Tax | -135.40 | 3,448.98 |
| | NY SUI/SDI Tax | -1.20 | 22.80 |
| | **Other** | | |
| | Dental Emp Only | -2.08* | 37.44 |
| | Dep. Checking | -1,790.83 | |
| | Flex Medical | -100.00* | 1,800.00 |
| | Pos N Well Emp | -45.50* | 227.50 |
| | Suppl Life Ee | -8.31 | |
| | Pos Emp Only | | 494.00 |
| | **Net Pay** | | **$0.00** |

\* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

QDOBA RESTAURANT CORPORATION  
4865 WARD RD. #500  
WHEATRIDGE, CO 80033-1902  
(303) 629-5000

Advice number: 00000380512  
Pay date: 09/18/2009

**THIS IS NOT A CHECK**

Deposited to the account of  
HILARY STREET

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6530 | xxxx xxxx | $1,790.83 |

## NON-NEGOTIABLE

| CO | FILE | DEPT | CLOCK | VCHR. NO. | 073 |
|----|------|------|-------|-----------|-----|
| QRC | 121494 | 057825 | H45 | 0000400287 | 1 |

QDOBA RESTAURANT CORPORATION
4865 WARD RD. #500
WHEATRIDGE, CO 80033-1902
(303) 629-5000

# Earnings Statement

**ADP**

Period Ending: 09/27/2009
Pay Date: 10/02/2009

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  NY: 2

Social Security Number: XXX-XX-XXXX

HILARY STREET
68 BLACKSMITH ROAD
LEVITTOWN NY 11756

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 29.9146 | 90.00 | 2,692.31 | 50,494.95 |
| Overtime | | | | 1,819.85 |
| Bonus | | | | 7,796.00 |
| Double Time | | | | 120.17 |
| Ot Incentive | | | | 5.63 |
| Referral Bonus | | | | 1,666.67 |
| Training Bonus | | | | 1,155.00 |
| Vacation | | | | 1,615.39 |
| **Gross Pay** | | | **$2,692.31** | 64,673.66 |

Your federal taxable wages this period are $2,544.73.

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 0.92 | 20.42 |
| Pto Balance | | 27.00 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -414.25 | 11,135.21 |
| | Social Security Tax | -157.83 | 3,843.23 |
| | Medicare Tax | -36.91 | 898.82 |
| | NY State Income Tax | -135.40 | 3,620.34 |
| | NY SUI/SDI Tax | -1.20 | 24.00 |
| | **Other** | | |
| | Dental Emp Only | -2.08* | 39.52 |
| | Dep. Checking | -1,790.83 | |
| | Flex Medical | -100.00* | 1,900.00 |
| | Pos N Well Emp | -45.50* | 273.00 |
| | Suppl Life Ee | -8.31 | |
| | Pos Emp Only | | 494.00 |
| | **Net Pay** | | **$0.00** |

\* Excluded from federal taxable wages

© 2000 ADP, Inc

QDOBA RESTAURANT CORPORATION
4865 WARD RD. #500
WHEATRIDGE, CO 80033-1902
(303) 629-5000

Advice number: 00000400287
Pay date: 10/02/2009

Deposited to the account of
HILARY STREET

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx6530 | xxxx xxxx | $1,790.83 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE