

**First National Bank Omaha**
P.O. Box 2557
Omaha, NE 68103-2557

036035

HILARY E STREET
68 BLACKSMITH RD
LEVITTOWN NY 11756-3115

Make checks payable to
**First National Bank Omaha**
Amount Enclosed

$

Change of Address? Please check box and complete reverse side. ☐

SIGN HERE to enroll in SecureCredit(R) (see message for details) and to authorize charges to your account for program fees.
X
SIGN HERE TO ENROLL          Form K187 D0130

2070    0000000006800    0000000340076

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

Platinum Edition ® Visa                Account Number:    2070

| Payment Due | | Account Summary | | Credit Line | |
|---|---|---|---|---|---|
| Statement Closing Date | 03-12-09 | Previous Balance | $ 0.00 | Total Credit Limit | $ 10,500.00 |
| Days in Billing Cycle | 30 | Payments and Credits | -$ 0.00 | Cash Limit † | $ 5,250.00 |
| Payment Due Date | 04-01-09 | New Transactions | +$ 3,400.76 | Available Credit | $ 7,099.00 |
| Amount Past Due | $ 0.00 | Total Billed | | Available Cash | $ 5,250.00 |
| Minimum Payment Due | $ 68.00 | FINANCE CHARGES | +$ 0.00 | | |
| | | New Balance | $ 3,400.76 | | |

Need Help?   Online Access  www.firstnational.com
Customer Service Toll Free 1-888-530-3626
Balance Transfer Hotline Toll Free 1-877-388-8231
TDD Telecommunications Device for the Deaf Toll Free 1-800-925-2833

**TRANSACTIONS**

| Purchase Date | Post Date | Reference Number | Merchant Name / Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 2-16 | 2-18 | 24692169049000374503380 | GULF OIL   91203793 LEVITTOWN NY | $20.01 |
| 2-19 | 2-19 | 24610439050004019745135 1 | LIRR TVM 877-547-7876 NY | $20.00 |
| 2-19 | 2-20 | 24423639051655624175793 | 7-ELEVEN 11161 BELLMORE NY | $19.05 |
| 2-21 | 2-21 | 24988949053980001167694 | SYOSSET DENTAL WORK PC Syosset NY | $500.00 |
| 2-23 | 2-23 | 24692169054000886959247 1 | NATIONWIDE INSURANCE 800-276-4981 OR | $548.13 |
| 2-22 | 2-23 | 24493989054002282269710 7 | ATTM*512028663683MNY 800-331-0500 GA | $180.63 |
| 2-23 | 2-23 | 24792629054200967501353 7 | PETRO INC 800-645-4328 NY | $176.00 |
| 2-23 | 2-23 | 24692169054000940272827 7 | VERIZON*WEB VERIZON.COM TX | $412.01 |
| 2-24 | 2-24 | 24692169055000019587294 1 | NATIONWIDE INSURANCE 800-276-4981 OR | $115.75 |
| 2-25 | 2-25 | 24427339056720010086331 | WALDBAUM'S #70283 LEVITTOWN NY | $37.97 |
| 2-27 | 2-27 | 24449804905816911770610 7 | VZWRLSS-MYACCT VN 800-9220204 CA | $250.00 |
| 2-27 | 2-27 | 24792629058200967907036 7 | PETRO INC 800-645-4328 NY | $313.00 |
| 2-28 | 2-28 | 24692169059000600363142 7 | CBV*CABLEVISION 07858 516-364-8400 NY | $223.47 |
| 2-28 | 2-28 | 24226389059320354164680 | WAL-MART EAST MEADOW ( NY | $13.14 |
| 3-01 | 3-02 | 24610439061004043345578 | MTA MVM LEXINGTON AVE - 212-METROCARD NY | $20.00 |
| 3-02 | 3-02 | 24610439061004013572730 1 | LIRR TVM 877-547-7876 NY | $211.00 |
| 3-05 | 3-06 | 24323019065573178010037 | FORTUNOFF (004) WESTBURY NY | $39.09 |
| 3-05 | 3-06 | 24323019065573187010242 | FORTUNOFF (004) WESTBURY NY | $84.07 |
| 3-06 | 3-06 | 24164079065091008616432 | TARGET   00011395 WESTBURY NY | $96.25 |
| 3-06 | 3-06 | 24164059066378000501105 | EXXONMOBIL   11873924 EAST MEADOW NY | $33.33 |
| 3-06 | 3-06 | 24401409066001356356904 | USPS 3524379550 EAST MEADOW NY | $7.56 |
| 3-09 | 3-10 | 24869489069443486000057 | JIM JAM DRIVE IN CLEAN N MERRICK NY | $64.00 |
| 3-10 | 3-10 | 24301379069118000100299 | THE BEEF BARN MERRICK NY | $16.30 |

| Charge Summary | Average Daily Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| Purchases | $ 1,790.08 | 0.0274% | 9.990% | 0.00% |
| Cash Advance | $ 0.00 | 0.0578% | 21.080% | 0.00% |
| Billed Periodic Rate FINANCE CHARGES $0.00 | | | | |

**Additional Information Regarding Your Account**

SecureCredit(R) **Debt Cancellation** protects you and your family when life takes an unexpected turn. Events such as job loss, leave of absence or loss of life can affect your ability to pay your credit card bill. With SecureCredit(R) **Debt Cancellation**, you will have continued use of your card and protection of your good credit rating. The monthly program fees are only $.89 per $100 of your total outstanding new balance. **Simply sign the box on the top portion of your statement and protect your account from the unexpected**

**Important Information:** Your purchase of the SecureCredit(R) product is optional. Whether or not you purchase this product will not affect your credit or the terms of any existing credit agreement you have with the bank. We will give you additional information before you are required to pay for this product. This information will include a copy of the contract containing the terms for this product. There are eligibility requirements, conditions and exclusions that could prevent you from receiving benefits under this product. You should carefully read the contract for a full explanation of the terms of this product.

New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods. New York State Banking Department 1-800-518-8866.



| | |
|---|---|
| Account Number: | 2070 |
| | Page 001 of 003 |
| Payment Due Date: | May 3, 2009 |
| New Balance: | $5,786.42 |
| Minimum Payment Due: | $137.00 |

**First National Bank Omaha**
P.O. Box 2557
Omaha, NE 68103-2557

Make checks payable to
**First National Bank Omaha**     Amount Enclosed

$ ▓▓▓▓▓▓▓▓

039882

HILARY E STREET
68 BLACKSMITH RD
LEVITTOWN NY 11756-3115

Change of Address? Please check box and complete reverse side. ☐

SIGN HERE to enroll in SecureCredit(R) (see message for details) and to authorize charges to your account for program fees.

X _____
SIGN HERE TO ENROLL         Form K187 D0130

```
2070     0000000013700     0000000578642
```

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

Platinum Edition ® Visa          Account Number: 2070

| Payment Due | | Account Summary | | Credit Line | |
|---|---|---|---|---|---|
| Statement Closing Date | 04-13-09 | Previous Balance | $ 3,400.76 | Total Credit Limit | $ 10,500.00 |
| Days in Billing Cycle | 32 | Payments and Credits | - $ 100.00 | Cash Limit † | $ 5,250.00 |
| Payment Due Date | 05-03-09 | New Transactions | + $ 2,444.02 | Available Credit | $ 4,713.00 |
| Amount Past Due | $ 0.00 | Total Billed | | Available Cash | $ 4,713.00 |
| Minimum Payment Due | $ 137.00 | FINANCE CHARGES + $ | 41.64 | | |
| | | New Balance | $ 5,786.42 | | |

**Need Help?**
Online Access www.firstnational.com
Customer Service Toll Free 1-888-530-3626
Balance Transfer Hotline Toll Free 1-877-388-8231
TDD Telecommunications Device for the Deaf Toll Free 1-800-925-2833

## TRANSACTIONS

| Purchase Date | Post Date | Reference Number | Merchant Name / Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 3-11 | 3-12 | 24792629071691348313865 | RITE AID STORE #10614 EAST MEADOW NY | $29.14 |
| 3-12 | 3-12 | 24164079071091008642661 | TARGET 00011395 WESTBURY NY | $140.77 |
| 3-12 | 3-12 | 24427339071720010417396 | WALDBAUM'S #70434 EAST MEADOW NY | $199.87 |
| 3-12 | 3-13 | 24164059072378000478926 | EXXONMOBIL 11873924 EAST MEADOW NY | $31.85 |
| 3-14 | 3-14 | 24610439074072019304346 | DUNKIN #331264 Q35 E MEADOW NY | $11.67 |
| 3-15 | 3-16 | 24210739075167352015032 | THE DISNEY STORE #352 GARDEN CITY NY | $72.40 |
| 3-16 | 3-16 | 24427339075720010115442 | WALDBAUM'S #70434 EAST MEADOW NY | $185.93 |
| 3-16 | 3-17 | 24610439076004024123278 | ANN TAYLOR #750 WESTBURY NY | $67.47 |
| 3-17 | 3-18 | 24266579077754862230580 | ULTA 3 #54 LEVITTOWN NY | $24.57 |
| 3-17 | 3-18 | 24401409077001356397780 | USPS 3524379550 EAST MEADOW NY | $17.50 |
| 3-19 | 3-19 | 24427339078720010450200 | WALDBAUM'S #70434 EAST MEADOW NY | $13.37 |
| 3-20 | 3-20 | 24164059080378000499328 | EXXONMOBIL 11873924 EAST MEADOW NY | $29.02 |
| 3-20 | 3-20 | 2416407907091008332992 | TARGET 00011395 WESTBURY NY | $41.28 |
| 3-21 | 3-21 | 24445009081691472885393 | GAMESTOP #4722 EAST MEADOW NY | $43.43 |
| 3-23 | 3-23 | 24427339082720009950545 | WALDBAUM'S #70434 EAST MEADOW NY | $137.51 |
| 3-25 | 3-25 | 24164079084091008869475 | TARGET 00011395 WESTBURY NY | $79.17 |
| 3-26 | 3-27 | 24792629086691487962566 | RITE AID STORE #10614 EAST MEADOW NY | $22.35 |
| 3-27 | 3-27 | 24164059087378000504096 | EXXONMOBIL 11873924 EAST MEADOW NY | $20.00 |
| 3-29 | 3-29 | 24427339088720010628431 | WALDBAUM'S #70434 EAST MEADOW NY | $225.41 |
| 3-30 | 3-31 | 2440140909001358570056 | USPS 3524379550 EAST MEADOW NY | $7.56 |
| 3-30 | 3-31 | 24164059090378000439306 | EXXONMOBIL 11873924 EAST MEADOW NY | $28.59 |
| 3-31 | 4-01 | 24988949091980018793791 | QUIK PARK NEW YORK NY | $33.00 |
| 4-03 | 4-03 | 24164079094105119069417 | STAPLES 00100370 FREEPORT NY | $15.50 |
| 4-03 | 4-03 | 24427339093720012134845 | WALDBAUM'S #70434 EAST MEADOW NY | $294.64 |
| 4-07 | 4-07 | 7441809097054702342919 | PAYMENT - THANK YOU | $100.00 (CR) |
| 4-08 | 4-09 | 24266579099754875648392 | ULTA 3 #54 LEVITTOWN NY | $21.02 |
| 4-08 | 4-09 | 24164079099868007920000 | DOLRTREE 3660 00036608 EAST MEADOW NY | $24.44 |
| 4-09 | 4-10 | 24153389100785090931095 | FAMOUS FOOTWEAR #142183 WESTBURY NY | $68.99 |
| 4-09 | 4-10 | 24246519100508579921002 | BABIES R US #6357 WESTBURY NY | $61.11 |
| 4-10 | 4-10 | 24164079100091008178851 | TARGET 00011395 WESTBURY NY | $121.00 |
| 4-10 | 4-10 | 24254779102442480000598 | APOLLO DINER EAST MEADOW NY | $40.57 |
| 4-11 | 4-11 | 24399009102041003431013 | A EAGLE OUTFTR00003434 HICKSVILLE NY | $68.75 |
| 4-11 | 4-11 | 24792629102691647580225 | RITE AID STORE #10614 EAST MEADOW NY | $46.00 |
| 4-12 | 4-12 | 24427339102720006839168 | WALDBAUM'S #70434 EAST MEADOW NY | $181.14 |
| 4-01 | 4-13 | 74418409103000103062000 | LATE FEE | $39.00 |

| Charge Summary | Average Daily Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| Purchases | $ 4,749.49 | 0.0274% | 9.990% | 10.00% |
| Cash Advance | $ 0.00 | 0.0559% | 20.410% | 0.00% |
| Billed Periodic Rate FINANCE CHARGES $41.64 | | | | |

**Additional Information Regarding Your Account**

SecureCredit(R) Debt Cancellation protects you and your family when life takes an unexpected turn. Events such as job loss, leave of absence or loss of life can affect your ability to pay your credit card bill. With SecureCredit(R) Debt Cancellation, you will have continued use of your card and protection of your good credit rating. The monthly program fees are only $.89 per $100 of your total outstanding new balance. Simply sign the box on the top portion of your statement and protect your account from the unexpected

**Important Information:** Your purchase of the SecureCredit(R) product is optional. Whether or not you purchase this product will not affect your credit or the terms of any existing credit agreement you have with the bank. We will give you additional information before you are required to pay for this product. This information will include a copy of the contract containing the terms for this product. There are eligibility requirements, conditions and exclusions that could prevent you from receiving benefits under this product. You should carefully read the contract for a full explanation of the terms of this product.

New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods. New York State Banking Department 1-800-518-8866.

Continued next page

Issued by First National Bank of Omaha                  See reverse for additional information.

## Additional Information Regarding Your Account

Effective with your next billing cycle, your rates will increase per the terms of your Cardmember Agreement. Your Penalty Rate for purchases and balance transfers, intro purchases and balance transfers, and special purchases and balance transfers will be a variable rate equal to the Index for Penalty Rates plus a margin of up to 26.50%. The current **Annual Percentage Rate** is 28.41% (a daily periodic rate of 0.0778%).

Your Penalty Rate for cash advances, intro cash advances, and special cash advances will be a variable rate equal to the Index for Penalty Rates plus a margin of up to 26.50%. The current **Annual Percentage Rate** is 28.41% (a daily periodic rate of 0.0778%).

Our decision was based on a credit scoring system that assigned point values based on a credit report. The credit bureau did not make the decision and cannot supply specific reasons why the rate increased. You may notify the following credit bureau below within 60 days of this notice for a free credit report and to dispute the accuracy or completeness of your credit report:
Experian Inc., 701 Experian Pkwy, PO Box 2002, Allen, TX 75013, (888) 397-3742.

**OMAHA STEAKS(R)**
SAVE 64% and Get 6 Omaha Steaks Burgers FREE!
The Family Value Combo - ONLY $49.99!*
2 (5 oz.) Filet Mignons, 2 (5 oz.) Top Sirloins
4 (4 oz.) Omaha Steaks Burgers
4 (5.75 oz.) Stuffed Baked Potatoes
4 (3 oz.) Gourmet Franks
1 lb. (4 servings) Chicken Breasts
Regular Price, $139.00 - **NOW ONLY $49.99**
That's 26 assorted gourmet items - ORDER NOW!
Call 24 hours a day, 7 days a week - 1-800-867-9300 and ask for 45069GYY or go to www.osincentives.com/fnbo
Terms and Conditions: Limit 2 at this special price. This offer can only be redeemed online and by phone.
*Standard shipping and handling will be applied per address. Offer expires 05/31/09.



Omaha Steaks is solely responsible and liable for this offer and is not affiliated with First Bankcard, a division of First National Bank of Omaha ("FNBO"). FNBO is not the provider of any Omaha Steaks features and/or benefits and makes no guarantees, warranties or representations in connection with this offer. Any trademarks mentioned herein are solely owned by the respective entity. All rights reserved. By responding to this offer, you may be communicating information about yourself to the company that provides this product or service including, without limitation, that you are a FNBO customer.

**Go Paperless for Safer Banking**
Statements sitting in your mailbox can increase your risk of getting your financial information stolen. You can limit your risk by going paperless with eStatements. It provides secure access to up to 7 years of past statements and it's completely FREE. When you sign up for eStatements, we will send you an email every month letting you know your statement is ready. Log in to firstnational.com and go to Account Services tab for more information on how to enroll today!

Remember your Visa credit card is accepted at millions of locations worldwide so it's easy to buy a gift for Mother's Day that shows you really care. Just start shopping now and enjoy exciting savings on the brands you trust. Visit www.visa.com/discounts.

Tired of writing checks and wasting money on stamps every time you pay a bill? Then pay your recurring monthly bills automatically with your credit card! No hassle. No forgetting to send in a payment. And, no worries about your payment being lost or intercepted in the mail. More and more companies will let you arrange to have your bills paid automatically to your credit card. Simply contact your service providers and ask if they accept credit cards for bill payment. Then set up and schedule your payments. It's quick and convenient. Start paying your monthly bills with your credit card today.

You can pay your credit card bill online anytime day or night at www.firstnational.com.
It's fast, safe and completely secure.



Give Mom, Dad or that Special Graduate the gift of choice.
Get a First National Bank Visa® Gift Card today!
You decide the amount, they decide where to use it.
Get yours by ordering online at firstnational.com/giftcard



**VISA**

First National Bank Omaha
P.O. Box 2557
Omaha, NE 68103-2557

Account Number: 2070
Page 001 of 002
Payment Due Date: June 2, 2009
New Balance: $6,404.98
Minimum Payment Due: $200.00

Make checks payable to
First National Bank Omaha     Amount Enclosed

$

035074

HILARY E STREET
68 BLACKSMITH RD
LEVITTOWN NY 11756-3115

Change of Address? Please check box and complete reverse side. ☐

SIGN HERE to enroll in SecureCredit®
(see message for details) and to authorize charges to your account for program fees.
X
SIGN HERE TO ENROLL       Form K187 D0130

2070    0000000020000    000000640498

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

Platinum Edition ® Visa

Account Number: 2070

| Payment Due | | Account Summary | | Credit Line | |
|---|---|---|---|---|---|
| Statement Closing Date | 05-13-09 | Previous Balance | $ 5,786.42 | Total Credit Limit | $ 10,500.00 |
| Days in Billing Cycle | 30 | Payments and Credits | - $ 300.00 | Cash Limit † | $ 5,250.00 |
| Payment Due Date | 06-02-09 | New Transactions | + $ 780.39 | Available Credit | $ 4,095.00 |
| Amount Past Due | $ 0.00 | Total Billed | | Available Cash | $ 4,095.00 |
| Minimum Payment Due | $ 200.00 | FINANCE CHARGES + $ | 138.17 | | |
| | | New Balance | $ 6,404.98 | | |

**Need Help?** Online Access www.firstnational.com
Customer Service Toll Free 1-888-530-3626
Balance Transfer Hotline Toll Free 1-877-388-8231
TDD Telecommunications Device for the Deaf Toll Free 1-800-925-2833

**TRANSACTIONS**

| Purchase Date | Post Date | Reference Number | Merchant Name / Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 4-18 | 4-18 | 24792629109411086447171 | NEW YORK & COMPANY #0362 ATLANTA GA | $56.05 |
| 4-18 | 4-18 | 24207859109267300471278 | SPA SYDELL CUMBERLAN ATLANTA GA | $81.00 |
| 4-18 | 4-18 | 24445739109726483984015 | MACY'S SOUTH #44 ATLANTA GA | $53.53 |
| 4-18 | 4-18 | 24418009109110026538201 | GAP #1309/THE ATLANTA GA | $164.27 |
| 4-19 | 4-19 | 24164079109091012211731 | TARGET  00003731 SMYRNA GA | $32.19 |
| 4-25 | 4-25 | 24164079116483530618904 | DSW SHOE WAREH00293753 ATLANTA GA | $38.11 |
| 4-25 | 4-25 | 24445009116735714684848 | MARSHALLS #0644 SMYRNA GA | $16.94 |
| 4-25 | 4-25 | 24445009116735714684921 | TJMAXX #0048 SMYRNA GA | $94.23 |
| 4-25 | 4-25 | 24610439116004026296058 | ANN TAYLOR LOFT #1311 ATLANTA GA | $25.97 |
| 4-30 | 4-30 | 74418009120027555006899 | PAYMENT - THANK YOU | $300.00 (CR) |
| 5-06 | 5-06 | 24692169126000438326808 7 | CBV*CABLEVISION 07858 516-364-8400 NY | $218.10 |

| Charge Summary | Average Daily Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| Purchases | $ 6,215.84 | 0.0741% | 27.060% | 27.06% |
| Cash Advance | $ 0.00 | 0.0741% | 27.060% | 0.00% |
| Billed Periodic Rate FINANCE CHARGES $138.17 | | | | |

**Additional Information Regarding Your Account**

### Enclosed please find your 2009 Annual Privacy Notification

SecureCredit(R) Debt Cancellation protects you and your family when life takes an unexpected turn. Events such as job loss, leave of absence or loss of life can affect your ability to pay your credit card bill. With SecureCredit(R) Debt Cancellation, you will have continued use of your card and protection of your good credit rating. The monthly program fees are only $.89 per $100 of your total outstanding new balance. Simply sign the box on the top portion of your statement and protect your account from the unexpected

**Important Information:** Your purchase of the SecureCredit(R) product is optional. Whether or not you purchase this product will not affect your credit or the terms of any existing credit agreement you have with the bank. We will give you additional information before you are required to pay for this product. This information will include a copy of the contract containing the terms for this product. There are eligibility requirements, conditions and exclusions that could prevent you from receiving benefits under this product. You should carefully read the contract for a full explanation of the terms of this product.

New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods. New York State Banking Department 1-800-518-8866.



Switch to VONAGE and enjoy unlimited local and long distance calling for only $24.99 a month, every month. If you have a high speed Internet connection, you're ready to save! Call 1-800-990-5158 or visit www.vonage.com/deal44 today. Unlimited calling based on normal usage. Rates exclude taxes and fees. See www.vonage.com/911. Vonage is solely responsible and liable for this offer and is not affiliated with First Bankcard, a division of First National Bank of Omaha ("FNBO"). FNBO is not the provider of any Vonage features and/or benefits and makes no guarantees, warranties or representations in connection with this offer. Any trademarks mentioned herein are solely owned by the respective entity. All rights reserved. By responding to this offer, you may be communicating information about yourself to the company that provides this product or service including, without limitation, that you are a FNBO customer.

Issued by First National Bank of Omaha                    See reverse for additional information



**VISA**

First National Bank Omaha
P.O. Box 2557
Omaha, NE 68103-2557

034143

HILARY E STREET
68 BLACKSMITH RD
LEVITTOWN NY 11756-3115

| | |
|---|---|
| Account Number: | 2070 |
| Page 001 of 002 | |
| Payment Due Date: | July 2, 2009 |
| New Balance: | $6,347.26 |
| Minimum Payment Due: | $204.00 |

Make checks payable to
**First National Bank Omaha**

Amount Enclosed

$

Change of Address? Please check box and complete reverse side. ☐

SIGN HERE to enroll in SecureCredit(R) (see message for details) and to authorize charges to your account for program fees.
X
SIGN HERE TO ENROLL     Form K187 D0130

2070    0000000020400    0000000634726

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

Platinum Edition ® Visa      Account Number: 2070

| Payment Due | | Account Summary | | Credit Line | |
|---|---|---|---|---|---|
| Statement Closing Date | 06-12-09 | Previous Balance | $ 6,404.98 | Total Credit Limit | $ 10,500.00 |
| Days in Billing Cycle | 30 | Payments and Credits | -$ 200.00 | Cash Limit † | $ 5,250.00 |
| Payment Due Date | 07-02-09 | New Transactions | +$ 0.00 | Available Credit | $ 4,152.00 |
| Amount Past Due | $ 0.00 | Total Billed | | Available Cash | $ 4,152.00 |
| Minimum Payment Due | $ 204.00 | FINANCE CHARGES | +$ 142.28 | | |
| | | New Balance | $ 6,347.26 | | |

**Need Help?**
Online Access www.firstnational.com
Customer Service Toll Free 1-888-530-3626
Balance Transfer Hotline Toll Free 1-877-388-8231
TDD Telecommunications Device for the Deaf Toll Free 1-800-925-2833

**TRANSACTIONS**

| Purchase Date | Post Date | Reference Number | Merchant Name / Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 6-02 | 6-02 | 74418009153045001066119 | ONLINE PAYMENT THANK YOU | $200.00 (CR) |

| Charge Summary | Average Daily Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| Purchases | $ 6,400.66 | 0.0741% | 27.060% | 27.06% |
| Cash Advance | $ 0.00 | 0.0741% | 27.060% | 0.00% |
| Billed Periodic Rate FINANCE CHARGES $142.28 | | | | |

**Additional Information Regarding Your Account**

SecureCredit(R) Debt Cancellation protects you and your family when life takes an unexpected turn. Events such as job loss, leave of absence or loss of life can affect your ability to pay your credit card bill. With SecureCredit(R) Debt Cancellation, you will have continued use of your card and protection of your good credit rating. The monthly program fees are only $.89 per $100 of your total outstanding new balance. Simply sign the box on the top portion of your statement and protect your account from the unexpected.

**Important Information:** Your purchase of the SecureCredit(R) product is optional. Whether or not you purchase this product will not affect your credit or the terms of any existing credit agreement you have with the bank. We will give you additional information before you are required to pay for this product. This information will include a copy of the contract containing the terms for this product. There are eligibility requirements, conditions and exclusions that could prevent you from receiving benefits under this product. You should carefully read the contract for a full explanation of the terms of this product.

Notice: Please be sure to look at the front of any Balance Transfer check for a posted expiration date before use. Checks received after the expiration date, or without a posted expiration date on the check, will be declined. Checks with current expiration dates will continue to be accepted as normal. Please review the offer disclosure for more information regarding our balance transfer acceptance policies.

New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods. New York State Banking Department 1-800-518-8866.

**OMAHA STEAKS(R)**
SAVE 65% and Get 4 Stuffed Baked Potatoes FREE!
Dad's Favorite Grillers - ONLY $48.99!*
4 (5 oz.) Top Sirloins,
4 (4 oz.) Omaha Steaks Burgers,
4 (4 oz.) Boneless Pork Chops,
8 (3 oz.) Gourmet Franks &
1 lb. (4 servings) Chicken Breasts
Regular Price, $141.00 - NOW ONLY $48.99
That's 28 assorted gourmet items - ORDER NOW!
Call 24 hours a day, 7 days a week - 1-800-867-9300 and ask for 4538KVJ or go to www.osincentives.com/fnbo
Terms and Conditions: Limit 2 at this special price. This offer can only be redeemed online and by phone.
*Standard shipping and handling will be applied per address. Offer expires 07/31/09.



Omaha Steaks is solely responsible and liable for this offer and is not affiliated with First Bankcard, a division of First National Bank of Omaha ("FNBO"). FNBO is not the provider of any Omaha Steaks features and/or benefits and makes no guarantees, warranties or representations in connection with this offer. Any trademarks mentioned herein are solely owned by the respective entity. All rights reserved. By responding to this offer, you may be communicating information about yourself to the company that provides this product or service including, without limitation, that you are a FNBO customer.

Issued by First National Bank of Omaha      See reverse for additional information.




| | | Account Number: | 2070 |
|---|---|---|---|
| | | | Page 001 of 003 |
| | | Payment Due Date: | August 2, 2009 |
| | | New Balance: | $10,613.32 |
| | | Minimum Payment Due: | $550.00 |

First National Bank Omaha
P.O. Box 2557
Omaha, NE 68103-2557

Make checks payable to
First National Bank Omaha    Amount Enclosed

$

045825

HILARY E STREET
68 BLACKSMITH RD
LEVITTOWN NY 11756-3115

Change of Address? Please check box and complete reverse side. ☐

SIGN HERE to enroll in SecureCredit® (see message for details) and to authorize charges to your account for program fees.

X
SIGN HERE TO ENROLL                    Form K187 D0130

2070    0000000055000    0000001061332

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

Platinum Edition ® Visa                 Account Number:    2070

| Payment Due | | Account Summary | | Credit Line | |
|---|---|---|---|---|---|
| Statement Closing Date | 07-13-09 | Previous Balance | $ 6,347.26 | Total Credit Limit | $ 10,500.00 |
| Days in Billing Cycle | 31 | Payments and Credits | - $ 10.45 | Cash Limit † | $ 5,250.00 |
| Payment Due Date | 08-02-09 | New Transactions | + $ 4,072.31 | Available Credit | $ 0.00 |
| Amount Past Due | $ 204.00 | Total Billed | | Available Cash | $ 0.00 |
| Minimum Payment Due | $ 550.00 | FINANCE CHARGES + $ | 204.20 | | |
| | | New Balance | $ 10,613.32 | | |

### Important Information Regarding Your Account

Your account is past due. If your account is not already closed, your ability to use this account has been suspended. Please submit a payment by return mail.

We may report information about your account to credit bureaus.
Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

| Need Help? | Online Access www.firstnational.com | | |
|---|---|---|---|
| | Customer Service Toll Free 1-888-530-3626 | Balance Transfer Hotline Toll Free 1-877-388-8231 | TDD Telecommunications Device for the Deaf Toll Free 1-800-925-2833 |

### TRANSACTIONS

| Purchase Date | Post Date | Reference Number | Merchant Name / Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 6-14 | 6-14 | 24427339165720011155000 | WALDBAUM'S #70283 LEVITTOWN NY | $127.15 |
| 6-16 | 6-16 | 24427339167720011127866 | WALDBAUM'S #70434 EAST MEADOW NY | $213.71 |
| 6-17 | 6-17 | 24445739169803311645683 | MACY*S EAST #0005 MANHASSET NY | $72.46 |
| 6-17 | 6-17 | 24445739169803311645501 | MACY*S EAST #0005 MANHASSET NY | $70.61 |
| 6-18 | 6-18 | 24692169169000429938353 7 | AMZ*GIFTCARDS Amazon.com WA | $50.00 |
| 6-18 | 6-18 | 24692169169000414334659 7 | AMZ*GIFTCARDS Amazon.com WA | $50.00 |
| 6-19 | 6-19 | 24792629171691311545633 | RITE AID STORE #10614 EAST MEADOW NY | $51.69 |
| 6-19 | 6-19 | 24222443917104000636635 | FRIENDLY ICE CREAM EAST MEADOW NY | $50.62 |
| 6-20 | 6-20 | 24418009172173082886908 | GAP #7136/THE MERRICK NY | $67.47 |
| 6-20 | 6-20 | 24418009172173082890405 | GAP #7136/THE MERRICK NY | $105.11 |
| 6-20 | 6-20 | 24164079172091008810159 | TARGET 00011395 WESTBURY NY | $128.26 |
| 6-21 | 6-21 | 24164079172730120274733 | PETCO 2713 63527139 LEVITTOWN NY | $18.30 |
| 6-21 | 6-21 | 24455019172141022466381 | WAL-MART #2916 EAST MEADOW ( NY | $129.46 |
| 6-22 | 6-23 | 24498049174169157307520 6 | VZWRLSS-MYACCT VN 800-9220204 CA | $280.50 |
| 6-24 | 6-25 | 24164059176378000485223 | EXXONMOBIL 11873924 EAST MEADOW NY | $45.28 |
| 6-25 | 6-25 | 24427339176720011921317 | WALDBAUM'S #70434 EAST MEADOW NY | $185.33 |
| 6-25 | 6-26 | 24445009177814163033298 | TGI FRIDAYS #0082 WESTBURY NY | $41.79 |
| 6-26 | 6-26 | 24610439178004038254132 | THE CHILDRENS PLACE #0730 QUEENS NY | $33.46 |
| 6-26 | 6-26 | 24071059179987179729804 | FANTASTIC SPA & NAIL N. BELLMORE NY | $25.00 |
| 6-27 | 6-27 | 24445009179816843323641 | BARNES & NOBLE #2216 CARLE PLACE NY | $50.85 |
| 6-29 | 6-29 | 24692169180000804887048 1 | NATIONWIDE INSURANCE 800-276-4981 OR | $269.30 |
| 6-29 | 6-29 | 24692169180000877195121 7 | CBV*CABLEVISION 07858 516-364-8400 NY | $659.31 |
| 6-29 | 6-29 | 24792629180200967000502 7 | PETRO INC 800-645-4328 NY | $939.00 |
| 6-29 | 6-30 | 24418009181181022074302 | GAP #0720/THE NEW HYDE PARK NY | $37.64 |
| 6-29 | 6-30 | 24792629181675000436418 | VICTORIA'S SECRET #1471 NEW HYDE PARK NY | $26.16 |
| 6-29 | 6-30 | 24792629181411112796782 | NEW YORK & COMPANY #513 NEW HYDE PARK NY | $15.69 |
| 6-30 | 6-30 | 24988949181980001167699 | SYOSSET DENTAL WORK PC Syosset NY | $210.00 |
| 7-01 | 7-01 | 24692169182000201172000 1 | BMC*CHILDRENS BOOK CLB 717-918-2665 PA | $27.13 |
| 7-01 | 7-02 | 24792629183691421398358 | RITE AID STORE #10614 EAST MEADOW NY | $19.99 |
| 7-03 | 7-03 | 74153389185785068301092 | FAMOUS FOOTWEAR #142183 WESTBURY NY | $10.45 (CR) |
| 7-07 | 7-08 | 24072809189144109019071 1 | HIGHLIGHTS FOR CHILDRN 800-255-9517 OH | $32.04 |
| 7-02 | 7-13 | 74418409194000194062000 | LATE FEE | $39.00 |

| Charge Summary | Average Daily Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| Purchases | $ 8,890.07 | 0.0741% | 27.060% | 27.06% |
| Cash Advance | $ 0.00 | 0.0741% | 27.060% | 0.00% |
| Billed Periodic Rate FINANCE CHARGES $204.20 | | | | |

### Additional Information Regarding Your Account

Continued next page

Issued by First National Bank of Omaha                    See reverse for additional information.

Additional Information Regarding Your Account

### SecureCredit(R) Debt Cancellation

SecureCredit(R) Debt Cancellation protects you and your family when life takes an unexpected turn. Events such as job loss, leave of absence or loss of life can affect your ability to pay your credit card bill. With SecureCredit(R) Debt Cancellation, you will have continued use of your card and protection of your good credit rating.
The monthly program fees are only $ .89 per $100 of your outstanding new balance.
**Simply sign the box on the top portion of your statement and protect your account from the unexpected.**

**Important Information:** Your purchase of the SecureCredit(R) product is optional. Whether or not you purchase this product will not affect your credit or the terms of any existing credit agreement you have with the bank. We will give you additional information before you are required to pay for this product. This information will include a copy of the contract containing the terms for this product. There are eligibility requirements, conditions and exclusions that could prevent you from receiving benefits under this product. You should carefully read the contract for a full explanation of the terms of this product.

### Notice: Balance Transfer Expiration Date Information

Please be sure to look at the front of any Balance Transfer check for a posted expiration date before use. Checks received after the expiration date, or without a posted expiration date on the check, will be declined. Checks with current expiration dates will continue to be accepted as normal. Please review the offer disclosure for more information regarding our balance transfer acceptance policies.

New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods. New York State Banking Department 1-800-518-8866.

### Vonage

Switch to VONAGE and enjoy unlimited local and long distance calling for only $24.99 a month, every month. Sign up now and get free activation, free shipping and a Vonage adapter! If you have a high speed Internet connection, you're ready to save! Call 800-748-6580 or visit www.vonage.com/move09 today. Offer with two year agreement. Surcharges and taxes apply. Rates exclude high speed internet. See www.vonage.com/911.
Unlimited calling based on normal usage. Rates exclude taxes and fees. See www.vonage.com/911.
Vonage is solely responsible and liable for this offer and is not affiliated with First Bankcard, a division of First National Bank of Omaha ("FNBO"). FNBO is not the provider of any Vonage features and/or benefits and makes no guarantees, warranties or representations in connection with this offer. Any trademarks mentioned herein are solely owned by the respective entity. All rights reserved. By responding to this offer, you may be communicating information about yourself to the company that provides this product or service including, without limitation, that you are a FNBO customer.

### Go Paperless for Safer Banking

Statements sitting in your mailbox can increase your risk of getting your financial information stolen. You can limit your risk by going paperless with eStatements. It provides secure access to up to 7 years of past statements and it's completely FREE. When you sign up for eStatements, we will send you an email every month letting you know your statement is ready. Log in to firstnational.com and go to Account Services tab for more information on how to enroll today!

### Make life easier with your Visa Credit Card

Pay recurring bills such as health club dues, insurance premiums, and Internet access fees by having them automatically charged to your Visa credit card account. No additional fee. Just contact your billers to set up automatic payments.

### Pay Recurring Monthly Bills Automatically!

Tired of writing checks and wasting money on stamps every time you pay a bill? Then pay your recurring monthly bills automatically with your credit card! No hassle. No forgetting to send in a payment. And, no worries about your payment being lost or intercepted in the mail. More and more companies will let you arrange to have your bills paid automatically to your credit card. Simply contact your service providers and ask if they accept credit cards for bill payment. Then set up and schedule your payments. It's quick and convenient. Start paying your monthly bills with your credit card today.

### Free Online Credit Card Payments

You can pay your credit card bill online anytime day or night at www.firstnational.com. It's fast, safe and completely secure.



**VISA**

Account Number: 2070
Page 001 of 001
Payment Due Date: September 1, 2009
New Balance: $10,925.78
Minimum Payment Due: $968.00

**① First National Bank** Omaha

First National Bank Omaha
P.O. Box 2557
Omaha, NE 68103-2557

Make checks payable to
**① First National Bank** Omaha    Amount Enclosed

$ ✗✗✗✗✗✗✗✗✗✗

026526

HILARY E STREET
68 BLACKSMITH RD
LEVITTOWN NY 11756-3115

Change of Address? Please check box and complete reverse side. ☐

2070   0000000096800   0000001092578

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

Platinum Edition ® Visa        Account Number: 2070

| Payment Due | | Account Summary | | Credit Line | |
|---|---|---|---|---|---|
| Statement Closing Date | 08-12-09 | Previous Balance | $ 10,613.32 | Total Credit Limit | $ 10,500.00 |
| Days in Billing Cycle | 30 | Payments and Credits | - $ 0.00 | Cash Limit † | $ 0.00 |
| Payment Due Date | 09-01-09 | New Transactions | + $ 74.00 | Available Credit | $ 0.00 |
| Amount Past Due | $ 550.00 | Total Billed | | Available Cash | $ 0.00 |
| Minimum Payment Due | $ 968.00 | FINANCE CHARGES + $ | 238.46 | | |
| | | New Balance | $ 10,925.78 | | |

**Important Information Regarding Your Account**

We have told a credit bureau about a late payment, missed payment or other default on your account.
This information may be reflected in your credit report.

| Need Help? | Online Access www.firstnational.com | | |
|---|---|---|---|
| | Customer Service Toll Free 1-888-530-3626 | Balance Transfer Hotline Toll Free 1-877-388-8231 | TDD Telecommunications Device for the Deaf Toll Free 1-800-925-2833 |

**TRANSACTIONS**

| Purchase Date | Post Date | Reference Number | Merchant Name / Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 8-02 | 8-12 | 74418409224000224062000 | LATE FEE | $39.00 |
| 8-12 | 8-12 | 74418409224000224061000 | OVERLIMIT FEE | $35.00 |

| Charge Summary | Average Daily Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| Purchases | $ 10,742.33 | 0.0740% | 27.000% | 27.01% |
| Cash Advance | $ 0.00 | 0.0740% | 27.000% | 0.00% |
| Billed Periodic Rate FINANCE CHARGES $238.46 | | | | |

**Additional Information Regarding Your Account**

New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods. New York State Banking Department 1-800-518-8866.

**Go Paperless for Safer Banking**
Statements sitting in your mailbox can increase your risk of getting your financial information stolen. You can limit your risk by going paperless with eStatements. It provides secure access to up to 7 years of past statements and it's completely FREE. When you sign up for eStatements, we will send you an email every month letting you know your statement is ready. Log in to firstnational.com and go to Account Services tab for more information on how to enroll today!

**Free Online Credit Card Payments**
You can pay your credit card bill online anytime day or night at www.firstnational.com. It's fast, safe and completely secure.

Issued by First National Bank of Omaha                    See reverse for additional information.

First National Bank
Omaha



First National Bank Omaha
P.O. Box 2557
Omaha, NE 68103-2557

032485

HILARY E STREET
68 BLACKSMITH RD
LEVITTOWN NY 11756-3115

Account Number: 2070
Page 001 of 001
Payment Due Date: October 6, 2009
New Balance: $11,244.51
Minimum Payment Due: $1,395.00

Make checks payable to
First National Bank
Omaha                Amount Enclosed

Change of Address? Please
check box and complete reverse side.

2070   0000000139500   0000001124451

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

Platinum Edition ® Visa                 Account Number: 2070

| Payment Due | | Account Summary | | Credit Line | |
|---|---|---|---|---|---|
| Statement Closing Date | 09-11-09 | Previous Balance | $ 10,925.78 | Total Credit Limit | $ 10,500.00 |
| Days in Billing Cycle | 30 | Payments and Credits | - $ 0.00 | Cash Limit † | $ 0.00 |
| Payment Due Date | 10-06-09 | New Transactions | + $ 74.00 | Available Credit | $ 0.00 |
| Amount Past Due | $ 968.00 | Total Billed | | Available Cash | $ 0.00 |
| Minimum Payment Due | $ 1,395.00 | FINANCE CHARGES | + $ 244.73 | | |
| | | New Balance | $ 11,244.51 | | |

**Important Information Regarding Your Account**

### Important Information Regarding Your Payment Due Date
Good news! We have increased the amount of time before
your payment is due - please see this change reflected above.

We have told a credit bureau about a late payment, missed payment or other default on your account.
This information may be reflected in your credit report.

| Need Help? | Online Access www.firstnational.com | | |
|---|---|---|---|
| | Customer Service Toll Free 1-888-530-3626 | Balance Transfer Hotline Toll Free 1-877-388-8231 | TDD Telecommunications Device for the Deaf Toll Free 1-800-925-2833 |

**TRANSACTIONS**

| Purchase Date | Post Date | Reference Number | Merchant Name / Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 9-02 | 9-02 | 74418409245000245061000 | OVERLIMIT FEE | $35.00 |
| 9-01 | 9-11 | 74418409254000254062000 | LATE FEE | $39.00 |

| Charge Summary | Average Daily Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| Purchases | $ 11,069.39 | 0.0737% | 26.910% | 26.91% |
| Cash Advance | $ 0.00 | 0.0737% | 26.910% | 0.00% |
| Billed Periodic Rate FINANCE CHARGES $244.73 | | | | |

**Additional Information Regarding Your Account**

New York residents may contact the New York State Banking Department to obtain a comparative listing
of credit card rates, fees and grace periods. New York State Banking Department 1-800-518-8866.

### Go Paperless for Safer Banking
Statements sitting in your mailbox can increase your risk of getting your financial information stolen.
You can limit your risk by going paperless with eStatements. It provides secure access to up to 7 years
of past statements and it's completely FREE. When you sign up for eStatements, we will send you an
email every month letting you know your statement is ready. Log in to firstnational.com and go to
Account Services tab for more information on how to enroll today!

### Free Online Credit Card Payments
You can pay your credit card bill online anytime day or night at
www.firstnational.com. It's fast, safe and completely secure.

Issued by First National Bank of Omaha                        See reverse for additional information.



**First National Bank** Omaha

**VISA**

First National Bank Omaha
P.O. Box 2557
Omaha, NE 68103-2557

024094

HILARY E STREET
68 BLACKSMITH RD
LEVITTOWN NY 11756-3115

| | |
|---|---|
| Account Number: | 2070 |
| | Page 001 of 001 |
| Payment Due Date: | November 8, 2009 |
| New Balance: | $11,594.93 |
| Minimum Payment Due: | $1,857.00 |

Make checks payable to
**First National Bank** Omaha      Amount Enclosed

$

Change of Address? Please check box and complete reverse side. ☐

2070    0000000185700    0000001159493

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

Platinum Edition ® Visa                                  Account Number:                2070

| Payment Due | | Account Summary | | | Credit Line | |
|---|---|---|---|---|---|---|
| Statement Closing Date | 10-14-09 | Previous Balance | $ | 11,244.51 | Total Credit Limit | $ 10,500.00 |
| Days in Billing Cycle | 33 | Payments and Credits | - $ | 0.00 | Cash Limit † | $ 0.00 |
| Payment Due Date | 11-08-09 | New Transactions | + $ | 74.00 | Available Credit | $ 0.00 |
| Amount Past Due | $ 1,395.00 | Total Billed | | | Available Cash | $ 0.00 |
| Minimum Payment Due | $ 1,857.00 | **FINANCE CHARGES** | + $ | 276.42 | | |
| | | New Balance | $ | 11,594.93 | | |

Need Help?   Online Access  www.firstnational.com
Customer Service   Toll Free 1-888-530-3626
Balance Transfer Hotline   Toll Free 1-877-388-8231
TDD Telecommunications Device for the Deaf   Toll Free 1-800-925-2833

**TRANSACTIONS**

| Purchase Date | Post Date | Reference Number | Merchant Name / Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 10-07 | 10-07 | 744184092800002800061000 | OVERLIMIT FEE | $35.00 |
| 10-06 | 10-14 | 744184092870002870062000 | LATE FEE | $39.00 |

| Charge Summary | Average Daily Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| Purchases | $ 11,396.91 | 0.0735% | 26.820% | 26.83% |
| Cash Advance | $ 0.00 | 0.0735% | 26.820% | 0.00% |
| Billed Periodic Rate **FINANCE CHARGES** $276.42 | | | | |

Additional Information Regarding Your Account

New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods. New York State Banking Department 1-800-518-8866.

**Go Paperless for Safer Banking**
Statements sitting in your mailbox can increase your risk of getting your financial information stolen. You can limit your risk by going paperless with eStatements. It provides secure access to up to 7 years of past statements and it's completely FREE. When you sign up for eStatements, we will send you an email every month letting you know your statement is ready. Log in to firstnational.com and go to Account Services tab for more information on how to enroll today!

**Free Online Credit Card Payments**
You can pay your credit card bill online anytime day or night at www.firstnational.com. It's fast, safe and completely secure.

Issued by First National Bank of Omaha                              See reverse for additional information.

## Get the Convenience and Security of eStatements
Protect yourself from lost or stolen mail

Our website offers multiple security features, such as firewalls, data encryption and a verifiable password to help protect your account information. Keep your information safe by switching to paperless statements, it's **Secure**, **Convenient** and completely **Free!**

Log in to firstnational.com and go to **Account Services** to learn more information on how to enroll.

**Sign up Today!**

VOID  VOID  VOID